## CASE ANNOUNCEMENTS
### March 9, 2011

[Cite as *03/09/2011 Case Announcements*, 2011-Ohio-1030.]

## MOTION AND PROCEDURAL RULINGS

**In re Bozsik.**
On June 4, 2008, this court found Steven A. Bozsik to be a vexatious litigator under S.Ct.Prac.R. 14.5(B). This court further ordered that Bozsik was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On March 2, 2011, Bozsik submitted a motion for leave to commence an original action in prohibition. Upon review of the proffered filing, the court finds it to be without merit.

Accordingly, it is ordered by the court that Steven A. Bozsik's March 2, 2011 motion for leave is denied.

## MISCELLANEOUS DISMISSALS

**2010–2182. State v. Grant.**
Cuyahoga App. No. 94101, 2010-Ohio-5241. This cause is pending before the court as a discretionary appeal and claimed appeal of right. It appears from the records of the court that the appellant has not filed a memorandum in support of jurisdiction, due March 4, 2011, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence.

Upon consideration thereof, it is ordered by the court that this cause is dismissed.

## CASE ANNOUNCEMENTS
### March 10, 2011

[Cite as *03/10/2011 Case Announcements*, 2011-Ohio-1057.]

## MOTION AND PROCEDURAL RULINGS

**2011–0221. State ex rel. Defiance Cty. Bd. of Commrs. v. Hilkert.**
In Mandamus. Upon consideration of relators' motion for stay of briefing to facilitate mediation, it is ordered by the court that the motion is granted and briefing is stayed.